No. 90–5275.   SACK *v.* NORTH DAKOTA ET AL.   C. A. 8th Cir. Certiorari denied.

No. 90–5432.   DAWN *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 90–5524.   MECKLEY *v.* FEDERAL CORRECTIONAL INSTITUTION, ALDERSON, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 90–5661.   SMALLWOOD *v.* E-SYSTEMS, INC., ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 90–5703.   AMODEO *v.* COLUMBIA BROADCASTING SYSTEM ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 90–5704.   HEBEL *v.* GILMORE, WARDEN.   C. A. 7th Cir. Certiorari denied.

No. 90–5707.   TOOMEY *v.* BUNNELL, WARDEN.   C. A. 9th Cir. Certiorari denied.

No. 90–5708.   VAISEY *v.* HAUGH.   Ct. App. Ore.   Certiorari denied.

No. 90–5709.   SMITH *v.* MACDONALD.   Ct. App. Tenn.   Certiorari denied.

No. 90–5710.   STANDARD *v.* BURTON, WARDEN, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 90–5711.   BROADNAX ET AL. *v.* LOS ANGELES COUNTY MUNICIPAL COURT ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 90–5717.   TERRAZAS *v.* CALIFORNIA.   Sup. Ct. Cal.   Certiorari denied.

No. 90–5732.   COX *v.* CARROLL, WARDEN.   C. A. 9th Cir. Certiorari denied.

No. 90–5733.   TINDALL *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari denied.

No. 90–5734.   RUST *v.* GUNTER ET AL.   C. A. 8th Cir.   Certiorari denied.